# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

STACIE M. GORMAN,      )
                            )
          Plaintiff,     )
                            )        NO.   CV-09-3109-JPH
       vs.                )
                            )       **JUDGMENT IN A**
MICHAEL J. ASTRUE,     )         **CIVIL CASE**
Commissioner of Social Security,  )
                            )
         Defendant.    )
                            )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of  42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 19th day of November, 2010.

                           JAMES R. LARSEN
                           District Court Executive/Clerk


                           by: __s/ Karen White_____
                                 Deputy Clerk

cc: all counsel